**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BRIAN SAWYER,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**THE PRUDENTIAL INSURANCE CO. OF AMERICA,**<br><br>　　　　Defendant. | Case No.:  15-CV-05774 YGR<br><br>**ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING COMPLIANCE HEARING** |

　　The Court understands, based upon the representation of the plaintiff (*see* Dkt. No. 13), that the above-captioned case has settled.  Accordingly, the initial case management conference date is **VACATED**.

　　The Court hereby **SETS** a compliance hearing to be held on the Court's **9:01 a.m.** calendar on **Friday, March 25, 2016** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

　　No later than March 18, 2016, the parties shall file either (a) a stipulation of dismissal with prejudice; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

　　Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

　　**IT IS SO ORDERED**.

Dated: February 11, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**